BUSH TERMINAL BUILDINGS COMPANY, Respondent, v. JOSEPH M. HERBERT, Individually and as Surviving Partner, etc., and as Executor, etc., of JOHN F. HERBERT, SR., Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE SCHAETTLER, Doing Business under the Name of His Father, F. SCHAETTLER, Respondent, v. R. & H. SIMON COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten

dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.